ZENIA K. GILG, SBN 171922
LISA B. MEIER, SBN 218979
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorneys for Defendant
JONATHAN FARRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JONATHAN FARRELL,<br><br>    Defendant.<br>_____/ | CR 09-CR-0426 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE <u>SENTENCING HEARING</u> |

THE PARTIES HEREBY STIPULATE AND AGREE that the defendant's sentencing hearing, which is now set for May 18, 2012, at 9:00 a.m. shall be continued to July 20, 2012, at 9:00 a.m.

While it is understood that the Speedy Trial Act does not necessarily apply under circumstances in which the defendant has already entered a plea of guilty, it is further stipulated and agreed between the parties that the time be excluded until the requested hearing date on July 20, 2012. The basis for the exclusion of time under the Speedy Trial Act to is provide the undersigned counsel with the reasonable time necessary for effective representation, pursuant to 18 U.S.C. section

1

3161(h)(8)(B)(iv) and Local Code T4.

The reasons for this requested continuance are presented in the accompanying declaration of counsel.


/S/MICHAEL BECKWITH                /S/ZENIA K. GILG
MICHAEL BECKWITH                   ZENIA K. GILG
Assistant U.S. Attorney            Attorney for Defendant
Dated: May 10, 2012                Dated: May 10, 2012


**IT IS SO ORDERED.**

Dated:  May 15, 2012

GARLAND E. BURRELL, JR.
United States District Judge