ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
JONATHAN FARRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-00426-GEB-1 |
| Plaintiff, | |
| | STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE |
| v. | <u>SENTENCING HEARING</u> |
| JONATHAN TODD FARRELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant JONATHAN FARRELL, through his counsel, that the Court should vacate the sentencing hearing presently scheduled for July 20, 2012 at 9:00 a.m. and re-set it for August 31, 2012 at 9:00 a.m.

1

The grounds for this continuance are set forth in the accompanying Declaration of Counsel.

Respectfully Submitted,

| /S/MICHAEL BECKWITH | /S/ZENIA K. GILG |
|---|---|
| MICHAEL BECKWITH | ZENIA K. GILG |
| Assistant U.S. Attorney | Attorney for Defendant |
| | JONATHAN FARRELL |
| Dated: July 16, 2012 | Dated: July 16, 2012 |

**IT IS SO ORDERED.**

Dated: July 17, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge