```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-00426-GEB |
| ) | |
| Plaintiff, ) | |
| ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| ) | |
| JONATHAN TODD FARRELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

WHEREAS, on or about February 29, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff and defendant Jonathan Todd Farrell forfeiting to the United States the following property:

a) A sub *res* in the amount of $35,000 in lieu of the real property located at 18352 North Canyon Road, Nevada City, California, Nevada County APN: 61-080-45;

b) Real property located at 20630 Pleasant Valley Road, French Corral, California, Nevada County APN: 30-150-22, more fully described in Exhibit A attached hereto and incorporated herein; and

c) Real property located at 17898 Highway 49, Camptonville, California, Yuba County APN: 054-240-009, more fully described in Exhibit B attached hereto and incorporated herein.

1     AND WHEREAS, beginning on March 29, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Jonathan Todd Farrell.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

    SO ORDERED.

Dated: October 23, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | **Exhibit A** |
| 5 | Real property located at 20630 Pleasant Valley Road, French Corral, California |

THE LAND REFERRED TO HEREIN BELOW IS SITUATED THE UNINCORPORATED AREA, COUNTY OF NEVADA, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A portion of Lots 18, 19, 20 and 31, Block 1, of Townsite of French Corral, located in Section 26, Township 17 North, Range 7 East, M.D.B.& M. and being more particularly described as follows:

Beginning at the most Easterly corner of Lot 31 said corner also being the most Easterly corner of that certain 7.45 acre parcel of land shown on the Record of Survey filed in Book 9 of Surveys at page 178;

THENCE FROM SAID POINT OF BEGINNING; South 50°52'08" West for a distance of 284.84 feet; Thence North 60°37'51" West for a distance of 40.00 feet; Thence North 66°38'15" West for a distance of 125.00 feet; Thence South 53°05'08" West for a distance of 256.75 feet; Thence South 30°58'16" West for a distance of 52.10 feet; Thence South 83°12'21" West for a distance of 39.08 feet; Thence South 88°47'45" West for a distance of 105.16 feet; Thence South 70°33'59" West for a distance of 46.82 feet; Thence North 36°45'01" West for a distance of 62.42 feet; Thence North 53°55'40" West for a distance of 213.60 feet; Thence North 44°38'50" East for a distance of 683.73 feet; Thence South 57°38'44" East for a distance of 519.33 feet; Thence South 57°15'20" East for a distance of 96.95 feet to the point of beginning.

EXCEPTING THEREFROM all that portion described as follows:

A portion of Section 26, Township 17 North, Range 7 East, M.D.B.& M., also being a portion of Lot 11 of French Corral, Roll 14 of Patents, at Book 1, at Page 339, Nevada County Records, more particularly described as follows:

Beginning at the most Northerly line of said Lot 1; running North 57° 15' 20" West 96.95 feet; thence North 57° 38' 44" West 519.33 feet to the most Northerly corner of said Lot 11; thence leaving said Northerly line South 45° 52' 56" East 289.76 feet to a 16" pine tree; thence South 13° 42' 11" West 246.22 feet; thence along the Southerly line of said Lot 11 on the following 2 consecutive courses: (1) South 66° 35' 46" East 125.00 feet, and (2) South 66° 38' 15" East 40.00 feet; thence leaving said Southerly line North 50° 52' 11" East 284.84 feet to said point

of beginning.

TOGETHER WITH AND RESERVING THEREFROM an easement for a well, and all appurtenances thereto and the right of construction, maintenance and repair thereof, on over and across that portion of Lot 31 of Block 1 of the Townsite of French Corral, Section Township and Range hereinabove mentioned and being more particularly described as follows:

Beginning at a point from which the most Northerly corner of the hereinabove parcel of land bears North 44°38'50" East for a distance of 318.52 feet; Thence from said point of beginning South 45°21'10" East for a distance of 26 feet; Thence North 44°38'50" East for a distance of 10 feet; Thence North 45°21'10" West for a distance of 26 feet; Thence South 44°38'50" West for a distance of 10 feet to the point of beginning.

Said easement is not to be fenced and any well house, well cover or other type of construction within the bounds of said easement shall not exceed a dimension of 3 feet in width, breadth or height.

ALSO TOGETHER WITH AND RESERVING THEREFROM an easement 10.00 feet wide for water conveyance by ditch or pipeline and the right of construction, maintenance and repair thereof over and across a portion of the above described parcel of land. The Northeasterly line of said easement is described as follows: Beginning at the most Easterly corner of the above described parcel of land thence North 57°15'20" West, 96.95 feet; Thence North 57°38'44" West 276.76 feet.

ALSO TOGETHER WITH AND RESERVING THEREFROM an easement 10.00 feet wide for water conveyance by ditch or pipeline and the right of construction, maintenance and repair thereof over and across a portion of the above described parcel of land. The centerline of said easement is described as follows:

Beginning at a point in the Northeasterly line of the above described parcel of land from which the most Northerly corner bears North 57°38'44" West 242.57 feet; Thence from said point of beginning, South 32°21'16" West 5.00 feet; Thence South 57°38'44" West 129.50 feet; Thence South 4°58'43" West 102.52 feet; Thence South 6°50'44 West 82.44 feet; Thence South 11°50'58" West 108.94 feet to a point in the Northeasterly line of a 2.26 acre parcel of land as shown on the Record of Survey Map filed in Book 9 of Surveys, at Page 178.

ALSO TOGETHER WITH an easement 10.00 feet wide for water conveyance by ditch or pipeline and the right of construction maintenance and repair thereof over and across a portion of a 7.45 acre parcel of land shown on the Record of Survey Map filed in Book 9 of Surveys, at page 178. The Northeasterly line of said easement is described as follows:

Beginning at the most Northerly corner of the above described

parcel of land; Thence North 57°15'20" West 96.95 feet; Thence North 57°38'44" West 276.76 feet.

APN: 30-150-22

**Exhibit B**
Real property located at 17898 Highway 49, Camptonville, California

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF YUBA, UNINCORPORATED AREA, AND IS DESCRIBED AS FOLLOWS:

PARCEL A:

PARCEL 2, AS SHOWN ON PARCEL MAP NO. 5.40, FILED IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF YUBA, STATE OF CALIFORNIA, ON APRIL 28, 1976, IN BOOK 19 OF MAPS, AT PAGE 40, AND AS CORRECTED BY CERTIFICATE OF CORRECTION RECORDED AUGUST 5, 1993, AS INSTRUMENT NO. 93 08991, OFFICIAL RECORDS.

APN: 054-240-009

PARCEL B:

EASEMENTS FOR NON-EXCLUSIVE ROAD AND UTILITY PURPOSES SHOWN AS EASEMENTS AND/OR RIGHTS OF WAY ON THE MAP REFERRED TO HEREIN, EXCEPTING THEREFROM ANY PORTION OF SAID EASEMENTS WHICH LIE INSIDE THE EXTERIOR BOUNDARIES OF THE LAND HEREIN DESCRIBED.